UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWYLA COGSWELL, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LESSEREVIL LLC<br><br>Defendants. | No. 1:23-cv-00311-ADA-BAM<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 5.) |

Plaintiff Twyla Cogswell ("Plaintiff") initiated this action against Defendant LesserEvil LLC ("Defendant") on March 1, 2023 and filed an Executed Summons on April 3, 2023. (Docs. 1, 4.) On April 13, 2023, the parties filed a Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint. (Doc. 5.) In the Joint Stipulation, the parties note that they have met and conferred and agree that good cause exists to extend the deadline for Defendant to respond to the Complaint to April 28, 2023. (*Id.* at 2.) The parties further note that nothing in the Joint Stipulation would affect any other deadline or the case management schedule in the litigation. (*Id.*)

///

///

///

1

Pursuant to the parties' Joint Stipulation and good cause appearing, Defendant shall have until April 28, 2023 to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: __April 14, 2023__          /s/ Barbara A. McAuliffe         _
                                   UNITED STATES MAGISTRATE JUDGE