UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWYLA COGSWELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LESSEREVIL LLC,<br><br>　　　　Defendant. | Case No.: 1:23-cv-00311-DJC-JDP<br><br>**JOINT STIPULATION TO DISMISS CASE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant LesserEvil LLC and Plaintiff Twyla Cogswell, by and through their undersigned counsel, being all of the parties to this action, jointly stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: November 5, 2025              **BRAUNHAGEY & BORDEN LLP**

                                     By: /s/ *David H. Kwasniewski*
                                          David H. Kwasniewski

                                     *Attorneys for Defendant*
                                     *LesserEvil LLC*

Dated: November 5, 2025              **GOOD GUSTAFSON AUMAIS LLP**

                                     By: /s/ J. Ryan Gustafson
                                     J. Ryan Gustafson
                                     *Counsel for Plaintiff Twyla Cogswell*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 5, 2025                   /s/ Daniel J. Calabretta
                                     The Honorable Daniel J. Calabretta
                                     United States District Judge

## **CERTIFICATE OF SERVICE**
(United States District Court)

      I hereby certify that on the 4th day of November, 2025, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ *J. Ryan Gustafson*
                                        J. Ryan Gustafson